USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEVEN NACHSHEN,

                 Plaintiff,

-against-

WFP RETAIL CO. L.P. and DEL FRISCO'S
GRILLE OF NEW YORK, LLC,

                 Defendants.
-----------------------------------------------------------------X

1:18-cv-10998-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On February 19, 2020, the Court was informed that the mediation in this case was unsuccessful. Dkt No. 47. Accordingly, the stay in this case is lifted. As established in the Court's October 10, 2019 order, Dkt No. 39, all expert discovery must be completed no later than March 2, 2020. The parties are reminded that the Court will hold a status conference in this case on March 6, 2020 at 3 p.m. The parties are directed to call Chambers (212-805-0296) at that time with all parties on the line.

    SO ORDERED.

Dated: February 19, 2020
New York, New York

                                   GREGORY H. WOODS
                                   United States District Judge