# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
Contact@ParkerHanski.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2021

**MEMORANDUM ENDORSED**

February 1, 2021

<u>Via ECF</u>
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York

    **Re:** *Steven Nachshen v. WFP Retail Co. L.P. and Del Frisco's Grille of New York, LLC*

    **Docket No. 1:18-cv-10998 (GHW)(JLC)**

Dear Judge Woods:

    It is with great sadness that we write to inform the Court that plaintiff Steven Nachshen passed away on January 29, 2021. At this point in time, we are not able to identify a representative of Steven Nachshen's estate, if any, who may be substituted on his behalf. Accordingly, we respectfully request that Your Honor stay this action and for plaintiff's counsel to submit a status letter to the Court by April 30, 2021 concerning the appointment of a representative of Mr. Nachshen's estate and the prosecution of this case.

    Thank you for your time and attention to this matter. With kindest regards, I am

              very truly yours,

              /s/
              Glen H. Parker, Esq.

---

The Court extends its sincere condolences. Application granted. The case is stayed until April 30, 2021. The parties are directed to file a status update no later than April 30, 2021. The Court notes that this letter, Dkt. No. 75, constitutes a suggestion of death under Fed. R. Civ. P. 25(a). The Clerk of Court is directed to terminate the motion pending at Dkt. No. 75.

SO ORDERED.

Dated: February 2, 2021

              _____
              GREGORY H. WOODS
              United States District Judge