# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
STEVEN NACHSHEN,

                            Plaintiff,

    -against-

WFP RETAIL CO. L.P. AND DEL FRISCO'S
GRILLE OF NEW YORK, LLC

                            Defendants.
-------------------------------------------------------------x

**Docket No. 1:18-cv-10998 (GHW)(JLC)**

**NOTICE OF MOTION FOR SUBSTITUTION**

## NOTICE OF MOTION FOR SUBSTITUTION

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the accompanying Declaration of Glen H. Parker, Esq., and the exhibits annexed thereto, and all the prior proceeding had herein, plaintiff will move this Court before the Honorable Gregory H. Woods, at the United State Courthouse, 500 Pearl Street, New York, New York on a date to be determined by the Court for an Order, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, substituting Louise Nachshen, in her capacity as administrator of the Estate of Steven Nachshen, for the late Plaintiff Steven Nachshen; and for such other and further relief as the Court deems proper.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, any opposing affidavits and answering memoranda, if any, shall be served within fourteen (14) days after service of the moving papers, and reply affidavits and memoranda of law, if any, shall be served within seven (7) days after service of the

answering papers. In computing period of days, refer to Federal Rule of Civil Procedure 6 and Local Civil Rule 6.4.

DATED:     June 7, 2021
               New York, New York

**PARKER HANSKI LLC**

By: /s/
Glen H. Parker, Esq.
Adam S. Hanski, Esq.
Attorneys for Plaintiff
40 Worth Street, 10th Floor
New York, New York 10013
Telephone: (212) 248-7400
Facsimile: (212) 248-5600
Email:ghp@parkerhanski.com

Application granted. Plaintiff's June 7, 2021 motion to substitute Louise Nachshen in her capacity as administrator of the estate of Steve Nachshen as the plaintiff in this case, Dkt. No. 80, is granted. Louise Nachshen, in her capacity as administrator of the estate of Steven Nachshen, is substituted as the plaintiff in this case. The Clerk of Court is directed to modify the caption of this case to reflect this substitution.

SO ORDERED.

Dated: June 8, 2021
New York, New York

GREGORY H. WOODS
United States District Judge